AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

*JUDGE LYNCH* (stamp)

Xiao Kai Zhang

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, et al.

CASE NUMBER:

**08 CV 2334**

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam D. Perlmutter, Law Offices of Adam D. Perlmutter, PC
260 Madison Avenue, Suite 1800
New York, NY 10016
Tel (212) 679-1990
Fax (212) 679-1995

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 6 2008

CLERK

(By) DEPUTY CLERK

DATE

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

EVA STEIN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On March 7, 2008, deponent served a true and correct copy of the within **SUMMONS & COMPLAINT** upon:

>City of New York
>100 Church Street
>New York, NY 10007

by hand delivering the same to Kenneth Majerus, Chief of Operations, a designated representative of the above party at the address indicated above.

_____
Eva Stein

Sworn to before me this
7th day of March, 2008

_____
Notary Public

ADAM D. PERLMUTTER
Notary Public, State of New York
No. 02PE6036727
Qualified in Kings County
Commission Expires February 7, 2010