UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Xiao Zhang

                     Plaintiff,

                                                                                        08 CIVIL 02334 (GEL)

      -against-

City of New York, et al.

                     Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Adam D. Perlmutter**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       AP4015

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: **Perlmutter & Gimpel, PLLC**

    To: **Law Offices of Adam D. Perlmutter, PC**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 260 Madison Avenue, Suite 1800, New York, NY 10016

☒ *Telephone Number:* (212) 679-1990

☒ *Fax Number:* (212) 679-1995

☒ *E-Mail Address:* adp@adplegal.com

Dated: 3/25/2008