✋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

XIAO KAI ZHANG

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 08 CV 2334 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the City of New York.

I certify that I am admitted to practice in this court.

March 31, 2008
Date

Signature

Robyn N. Pullio     RP 7777
Print Name     Bar Number

100 Church Street
Address

New York, N.Y. 10007
City     State     Zip Code

(212) 788-1090     (212) 788-9776
Phone Number     Fax Number